DECANDIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
| | ) | |
| Plaintiff, | ) | Cr. No. 21-CR-20005-JTF |
| vs. | ) | |
| | ) | 18 U.S.C. § 371 |
| BRIAN SUMMERSON and | ) | 18 U.S.C. § 875(a) |
| PIERRE WASHINGTON | ) | 18 U.S.C. § 1201(a)(1) |
| | ) | |
| Defendants. | ) | |

### COUNTS 1 and 2

[nmt 5 years imprisonment, nmt $250,000 fine, or both, nmt 3 years supervised release; $100 mandatory special assessment, see 18 U.S.C. § 3013(a).]

### COUNT 3

[any term of years of imprisonment, or for life, nmt $250,000 fine, or both, nmt 3 years supervised release; $100 mandatory special assessment, see 18 U.S.C. § 3013(a).]

### COUNT 4

[nmt 20 years imprisonment, nmt $250,000 fine, or both, nmt 3 years supervised release, $100 mandatory special assessment, see 18 U.S.C. § 3013(a).]