

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

## Transfer of Criminal Case

Date:  3/30/2021

Address:  Western District of Tennessee, Western Division

Case Title:  USA v. Washington

Northern District of Illinois Case No.:  21cr193-1    Other Court's Case No.:  21cr20005

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                     ☐ In    ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☒ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**                    ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                                                       Sincerely,
                                                       Thomas G. Bruton, Clerk of Court

                                                       By: /s/Paula Harrison
                                                            Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                                       Clerk, U.S. District Court
Date:                                                    By:
                                                       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 21cr193-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Pierre Washington, | ) | |
| | ) | |
| Defendant(s), | ) | |

### ORDER

  Initial appearance hearing held. Removal proceedings held. Defendant Pierre Washington arrested on 3/27/21 appeared before Judge Weisman on 3/29/21in response to an arrest warrant issued out of the Western District of Tennessee, Western Division. Pursuant to CARES Act, this hearing was conducted by telephone. See generally, CARES Act, Pub. L. 116-136 § 15002(b)(1). Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. The court finds that the Defendant is able to understand his rights as they are reviewed. Attorney Anjali Biala's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing Anjali Biala as counsel for defendant. The Government is not seeking detention. The Government and defendant agree on certain conditions of release. The defendant raised certain concerns regarding home detention condition, advocating for home curfew. Because this Court lacked a completed pretrial services report, and had only limited information as to defendant's background, the Court imposed home detention conditions, but suggested review of this condition in the future may be appropriate. Defendant signed an unsecured bond in the amount of $4,500. Enter order setting conditions of release and appearance bond. The Defendant shall be released after processing. Defendant was advised of his right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois. Defendant ordered removed to the Western District of Tennessee, Western Division. Enter Commitment to Another District.

T: (00:40)

Date: March 29, 2021

                  *M. David Weisman*
                  _____
                  M. David Weisman
                  United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Pierre Washington | ) Case No. 21cr193-1 |
| | ) |
| | ) Charging District's |
| *Defendant* | ) Case No. 21-CR-20005-JTF |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Western District, District of Tennessee,
*(if applicable)* Western division. The defendant may need an interpreter for this language: N/A.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 03/29/2021

*M. David Weisman*

*Judge's signature*

M. David Weisman, U.S. Magistrate Judge
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Pierre Washington | ) Case No. 21 CR 193 |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, __Pierre Washington__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __4,500.00__ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 03/29/2021

/s/ Pierre Washington (MDW with permisiion)
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 03/29/2021

*M. David Weisman*
*Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Pierre Washington | ) Case No. 21 CR 193 |
| | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)　The defendant must not violate federal, state, or local law while on release.

(2)　The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)　The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)　The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

　　　The defendant must appear at:　as directed by the Court in the Western District of Tennessee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Place*

　　　on
　　　　　　　　　　　　　　　　　　　　　*Date and Time*

　　　If blank, defendant will be notified of next appearance.

(5)　The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
              *Custodian*                      *Date*

( X ) (7) The defendant must:
   ( X ) (a) submit to supervision by and report for supervision to the **Pretrial Services**,
             telephone number **(312) 435-5793**, no later than _____.
   ( X ) (b) continue or actively seek employment.
   (   ) (c) continue or start an education program.
   ( X ) (d) surrender any passport to: **Pretrial Services (no passport per defendant's representation)**
   ( X ) (e) not obtain a passport or other international travel document.
   ( X ) (f) abide by the following restrictions on personal association, residence, or travel: **Reside at 854 West Panorama Drive, Apt 10 Palatine, Illinois;**
   ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **have no contact with his codefendant Brian Summerson**
   (   ) (h) get medical or psychiatric treatment: _____
   (   ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   (   ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( X ) (k) not possess a firearm, destructive device, or other weapon.
   ( X ) (l) not use alcohol ( ) at all ( X ) excessively.
   ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   (   ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   (   ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( X ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( X ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( X ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
       ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   ( ) (s) **Pretrial Services has two business days to install necessary location monitoring equipment**

Case: 1:21-cr-00195 Document #: 17 Filed: 03/29/21 Page 3 of 3 PageID #:72
Case 2:21-cr-00051-JPS Document 17 Filed 03/29/21 Page 9 of 13 Page ID 72

AO 199C (Rev. 09/08) Advice of Penalties Page 3 of 3 Pages

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

/s/ Perre Washington (MDW with permission)
*Defendant's Signature*

Chicago, IL
*City and State*

## Directions to the United States Marshal

(✔) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/29/2021

*M. David Weisman*
*Judicial Officer's Signature*

M. David Weisman, Magistrate Judge
*Printed name and title*

TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:21-cr-00193-1
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Washington | Date Filed: 03/29/2021 |
| Other court case number: 21-cr-20005-JTF Western District of Tennessee, Western Division | Date Terminated: 03/29/2021 |

Assigned to: Honorable M. David Weisman

**Defendant (1)**

**Pierre Washington**  represented by  **Anjali Biala**
TERMINATED: 03/29/2021                  Federal Defender Program
                                        55 E. Monore Street
                                        Suite 2800
                                        Chicago, IL 60603
                                        (312) 621-8300
                                        Email: anjali_biala@fd.org
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        Designation: Public Defender or Community Defender Appointment

**Pending Counts**                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                          **Disposition**
18:1201.F ---- Kidnapping

*A TRUE COPY-ATTEST*
*THOMAS G. BRUTON, CLERK*
*By: s/ PAULA HARRISON*
*DEPUTY CLERK*
*U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS*
*March 30, 2021*

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sheri H. Mecklenburg** <br> Assistant United States Attorney <br> 219 S. Dearborn Street <br> Chicago, IL 60604 <br> (312) 353-5300 <br> Email: sheri.mecklenburg@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **AUSA - Chicago** <br> United States Attorney's Office (NDIL - Chicago) <br> 219 South Dearborn Street <br> Chicago, IL 60604 <br> Email: USAILN.ECFAUSA@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **Pretrial Services** <br> . <br> (312) 435-5793 <br> Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Pretrial Services* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2021 | | ARREST of defendant Pierre Washington. (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable M. David Weisman as to defendant Pierre Washington. (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | | ORAL MOTION for leave to file an appearance on behalf of Defendant by Attorney Anjali Biala. (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | 2 | ORDER as to Pierre Washington: Initial appearance hearing held. Removal proceedings held. Defendant Pierre Washington arrested on 3/27/21 appeared before Judge Weisman on 3/29/21 in response to an arrest warrant issued out of the Western District of Tennessee, Western Division. Pursuant to CARES Act, this hearing was conducted by telephone. See generally, CARES Act, Pub. L. 116-136 § 15002(b)(1). Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. The court finds that the Defendant is able to understand his rights as they are reviewed. Attorney Anjali Biala's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing Anjali Biala as counsel for defendant. The Government is not seeking detention. The Government and defendant agree on certain conditions of release. The defendant raised certain concerns regarding home detention condition, advocating for home curfew. Because this Court lacked a completed pretrial services report, and had only limited information as to defendant's background, |

| | | | |
|---|---|---|---|
| | | | the Court imposed home detention conditions, but suggested review of this condition in the future may be appropriate. Defendant signed an unsecured bond in the amount of $4,500. Enter order setting conditions of release and appearance bond. The Defendant shall be released after processing. Defendant was advised of his right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois. Defendant ordered removed to the Western District of Tennessee, Western Division. Enter Commitment to Another District. Signed by the Honorable M. David Weisman on 3/29/2021. Mailed notice (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | 🔒 | | (Court only) ***Terminated defendant Pierre Washington. (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | | 3 | ORDER Appointing Counsel Signed by the Honorable M. David Weisman on 03/29/2021. Mailed notice (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | | 4 | ATTORNEY Appearance for defendant Pierre Washington by Anjali Biala. (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | | 5 | FINANCIAL Affidavit filed by Pierre Washington (SEALED). (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | 🔒 | 6 | ORDER Setting Conditions of Release as to Pierre Washington Signed by the Honorable M. David Weisman on 3/29/2021. Mailed notice (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | 🔒 | 7 | APPEARANCE Bond as to Pierre Washington in the amount of $ 4,500. (ph, ) (Entered: 03/30/2021) |
| 03/29/2021 | | 8 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Pierre Washington committed to Western District of Tennessee, Western Division. Signed by the Honorable M. David Weisman on 3/29/2021. Mailed notice (ph, ) (Entered: 03/30/2021) |
| 03/30/2021 | | 9 | CERTIFIED and Transmitted to Western District of Tennessee, Western Division the complete record consisting of Universal form, Order transferring case, Commitment Order, Appearance Bond, Order Setting Conditions of Release, Financial Affidavit and certified copy of docket entries as to Pierre Washington. (ph, ) (Entered: 03/30/2021) |

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☑ DISTRICT COURT | ☑ COURT OF APPEALS | ☑ OTHER (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|

IN THE CASE OF: United States v. Washington

FOR: 

AT:

**FILED**
**3/29/2021**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

PERSON REPRESENTED (Show your full name): Pierre Washington

| | |
|---|---|
| 1 ☑ Defendant - Adult | DOCKET NUMBERS |
| 2 ☑ Defendant - Juvenile | Magistrate Judge: Weisman; 21-cr-193 |
| 3 ☑ Appellant | District Court |
| 4 ☑ Probation Violator | |
| 5 ☑ Supervised Release Violator | Court of Appeals |
| 6 ☑ Habeas Petitioner | |
| 7 ☑ 2255 Petitioner | |
| 8 ☑ Material Witness | |
| 9 ☑ Other (Specify) | |

CHARGE/OFFENSE (describe if applicable & check box →): 18 USC Section 371; 18 USC Section 875(a)
☑ Felony
☑ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**

Are you now employed?  ☑ Yes   ☑ No   ☑ Self-Employed

Name and address of employer: Right Track; 818 West Panorama Drive, Suite 211, Palatine, IL 60067

IF YES, how much do you earn per month? $ 3200
IF NO, give month and year of last employment? How much did you earn per month? $ 

If married, is your spouse employed?  ☑ Yes   ☑ No

IF YES, how much does your spouse earn per month? $ 2500

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ 

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes   ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, give the amount received and identify the sources | $ | |
| | $ | |
| | $ | |

**CASH**

Do you have any cash on hand or money in savings or checking accounts?  ☑ Yes   ☑ No    IF YES, total amount? $ 

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes   ☑ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, give value and description for each | $ | |
| | $ | |
| | $ | |
| | $ | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS:
✓ Single
✓ Married
✓ Widowed
✓ Separated or Divorced

Total No. of Dependents: 8

List persons you actually support and your relationship to them: Five children (Ga. Letcher, A. Washington, A. Banks; P. Collazo; E. Washington; Step-child (G. Letcher); Mother (Lucille Hampton)

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Childcare | $ | $ 1800 |
| Student Loans | $ 7000 | $ 175 |
| Groceries/transportation | $ | $ 1200 |
| Cell phone | $ | $ 80 |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Pierre Washington
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date: 3/29/2021