

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton
Clerk

312-435-5670

## Transfer of Criminal Case

Date: 3/31/2021

Address: Western District of Tennessee, Western Division

Case Title: USA v. Washington

Northern District of Illinois Case No.: 21cr193-1    Other Court's Case No.: 21cr20005

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**  ☐ In  ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☒ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**  ☐ In  ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**          ☐ In  ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/Paula Harrison
　　　Deputy Clerk

---

## TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:                                      Clerk, U.S. District Court
                                           By:
                                           Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 21cr193-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Pierre Washington, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance hearing held. Removal proceedings held. Defendant Pierre Washington arrested on 3/27/21 appeared before Judge Weisman on 3/29/21 in response to an arrest warrant issued out of the Western District of Tennessee, Western Division. Pursuant to CARES Act, this hearing was conducted by telephone. See generally, CARES Act, Pub. L. 116-136 § 15002(b)(1). Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. The court finds that the Defendant is able to understand his rights as they are reviewed. Attorney Anjali Biala's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing Anjali Biala as counsel for defendant. The Government is not seeking detention. The Government and defendant agree on certain conditions of release. The defendant raised certain concerns regarding home detention condition, advocating for home curfew. Because this Court lacked a completed pretrial services report, and had only limited information as to defendant's background, the Court imposed home detention conditions, but suggested review of this condition in the future may be appropriate. Defendant signed an unsecured bond in the amount of $4,500. Enter order setting conditions of release and appearance bond. The Defendant shall be released after processing. Defendant was advised of his right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois. Defendant ordered removed to the Western District of Tennessee, Western Division. Enter Commitment to Another District.

T: (00:40)

Date: March 29, 2021

M. David Weisman
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff(s), | ) | Case No: 21cr193-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Pierre Washington, | ) | |
| Defendant(s), | ) | |

## ORDER

The Court inadvertently entered the incorrect commitment order (see docket no. [8]). The Courts strikes that order and directs the Clerk's office to remove the document as it was entered in error. The Court further directs the Clerk's office to re-transmit to the Western District of Tennessee, Western Division the complete record including the Order Requiring a Defendant to Appear in the District where Charges are Pending and Transferring Bail. The Court apologizes for this error and inconvenience.

Date: March 30, 2021

M. David Weisman
United States Magistrate Judge

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 21cr193-1 |
| Pierre Washington | ) | |
| | ) | Charging District: Western District of Tennessee |
| *Defendant* | ) | Charging District's Case No. 21-CR-20005-JTF |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Western District of Tennessee | Courtroom No.: N/A |
| --- | --- |
| | Date and Time: N/A |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 03/30/2021

*M. David Weisman*

*Judge's signature*

M. David Weisman, U.S. Magistrate Judge

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Pierre Washington ) | Case No. 21 CR 193 |
| _____ ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Pierre Washington_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )     to appear for court proceedings;
    ( X )     if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( X ) (2)   This is an unsecured bond of $ __4,500.00__ .

(   ) (3)   This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: __03/29/2021__

__/s/ Pierre Washington (MDW with permisiion)__
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: __03/29/2021__

__M. David Weisman__
*Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>Pierre Washington<br>_____<br>*Defendant* | )<br>)<br>)   Case No.  21 CR 193<br>)<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   as directed by the Court in the Western District of Tennessee
                                                                           *Place*

on _____
                *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        _____
                            *Custodian*                                                *Date*

(X) (7) The defendant must:
- (X) (a) submit to supervision by and report for supervision to the **Pretrial Services**, telephone number **(312) 435-5793**, no later than _____.
- (X) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- (X) (d) surrender any passport to: **Pretrial Services (no passport per defendant's representation)**
- (X) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel: **Reside at 854 West Panorama Drive, Apt 10 Palatine, Illinois;**
- (X) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **have no contact with his codefendant Brian Summerson**
- ( ) (h) get medical or psychiatric treatment: _____
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (X) (k) not possess a firearm, destructive device, or other weapon.
- (X) (l) not use alcohol ( ) at all ( X ) excessively.
- (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- (X) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    - (X) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- (X) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ) (s) **Pretrial Services has two business days to install necessary location monitoring equipment**