IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | Cr. No.: 2:21-cr-20005-JTF |
| BRIAN SUMMERSON, and PIERRE WASHINGTON, | ) | |
| Defendants. | ) | |

## MOTION TO UNSEAL CASE

The government moves this Honorable Court to unseal the case as to both defendants BRIAN SUMMERSON and PIERRE WASHINGTON, as the need for secrecy has passed.

    Respectfully submitted,

    JOSEPH C. MURPHY, JR.
    Acting United States Attorney

By:   *s/ Dean DeCandia*
    DEAN DeCANDIA
    Assistant United States Attorney
    United States Attorney's Office
    167 N. Main, Ste. 800
    Memphis, TN 38103
    901-544-4231

## CERTIFICATE OF SERVICE

I, Dean DeCandia, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion was electronically filed, hand delivered, and/or mailed, first class postage prepaid to the Court.

This 5th day of April, 2021.

              *s/ Dean DeCanda*
              DEAN DeCANDIA
              Assistant United States Attorney