UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

vs

PIERRE WASHINGTON,                    Case No.    2:21-CR-20005-2-JTF-tmp

ORDER APPOINTING COUNSEL
PURSUANT TO THE CRIMINAL
JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

Attorney Robert L Parris, who is a member of the Criminal Justice Act Panel for the Western District of Tennessee, is appointed as counsel for the defendant.

**DONE** and **ORDERED** June 01, 2021.

s/  Charmiane G. Claxton
UNITED STATES MAGISTRATE JUDGE